UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.

AIR CRITICAL CARE, LLC,
a Florida limited liability company

    Plaintiff,

v.

STEPHEN BRAINARD, TONY BARTON,
JEREMY BARTON, TRANSMED-CARE, LLC

2:17-cv-256-FtM-99299

    Defendants.
_____/

## NOTICE OF REMOVAL

Plaintiff, AIR CRICITAL CARE, LLC ("ACC") by and through its undersigned attorney and pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the above-captioned action from the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida and as grounds for removal alleges as follows:

1. On August 1, 2016, Plaintiff, September 16, 2016, ACC fled an action against Defendants, BRAINARD, T. BARTON, J. BARTON and TRANS-MED, in the Twentieth Judicial Circuit in and for Charlotte County, Florida, bearing case #: 16-001360 CA. A true copy of the Complaint, Summons, and Civil Cover Sheet from the state court proceeding are attached hereto as Composite Exhibit "1."

2. On April 10, 2017, Defendants, STEPHEN BRAINARD ("BRAINARD"), TONY BARTON ("T. BARTON"), JEREMY BARTON ("J. BARTON"), TRANSMED-CARE, LLC ("TRANS-MED"), filed an Amended Answer, Affirmative Defenses and Counterclaim against Air Critical Care, LLC, in the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida, Case No. 16-001360 CA. In the counterclaim, Defendants allege a violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, and a common law claim for tortious interference.

3. Contemporaneous with the filing of this Notice of Removal, Defendants have filed a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of the Twentieth (20th) Judicial Circuit, a copy of which is attached hereto as Exhibit "2." Written notice of this Notice of Removal will be provided to Defendants, BRAINARD, T. BARTON, J. BARTON and TRANS-MED. Copies of all other pleadings, notices and orders filed in the state court action are attached hereto as follows:

    a. All notices and reports are attached hereto as Composite Exhibit "3"

    b. All orders, minutes, and stipulations are attached hereto as Composite Exhibit "4"

    c. All answers, responses and counterclaims are attached hereto as Composite Exhibit "5"

    d. All motions are attached hereto as Composite Exhibit "6"

    e. All affidavits of service are attached hereto as Composite Exhibit "7"

    f. On April 10, 2017, Defendant, BRAINARD, filed/propounded his first set of interrogatories and request for production upon Plaintiff. Since this court does not require parties to file discovery, they are not being filed at this time.

4. This case is removable to this Court because the action alleges a violation of federal law and venue is appropriate because Plaintiff is located in Charlotte County, Florida and Defendants are located in Seminole and Volusia Counties, Florida and the allegations giving rise to the Complaint occurred in Charlotte County, Florida.

5. This Notice of Removal is being timely filed under 28 U.S.C. § 1446 (b) because it is being filed within thirty days of Defendants' Amended Answer, Affirmative Defenses and Counterclaim to Plaintiff's Complaint filed on April 10, 2017.

WHEREFORE, Plaintiff, AIR CRITICAL CARE, LLC, hereby removes this action and assert the jurisdiction of this Court.

GALLUP AUERBACH• 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • www.gallup-law.com

Dated this 9th day of May 2017.

> Respectfully submitted,
>
> **GALLUP AUERBACH**
> *Counsel for Plaintiff/Counter-Defendant*
> 4000 Hollywood Boulevard
> Presidential Circle-Suite 265 South
> Hollywood, Florida 33021
> Telephone: (954) 894-3035
> Facsimile: (954) 894-8015
> E-mail:dgallup@gallup-law.com
>
> By: /s/ Dana M. Gallup
> DANA M. GALLUP
> Florida Bar No.: 0949329

GALLUP AUERBACH• 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • www.gallup-law.com